AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Damien Bryan Schrecengost

   Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV420-32

John Doe; John T. Wilcher; Chatham County Sheriff's Office

   Defendants,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated April 6, 2022, Plaintiff's Complaint is Dismissed Without Prejudice. This action stands closed.

| April 6, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | /s/ Logan Herb |
| | (By) Deputy Clerk |

GAS Rev 10/2020